IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ANNA BELLE UNDERWOOD : | CIVIL ACTION |
| : |  |
| v. : |  |
| : | No. 02-3027 |
| THE PRUDENTIAL INSURANCE COMPANY |  |
| OF AMERICA, ET AL. : |  |
| : |  |

**CANCELLATION OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case currently scheduled for

ARBITRATION at 9:30 am on Thursday, November 14, 2002 has been CANCELLED.

                                                   Michael E. Kunz
                                                   Clerk of Court


                                                   By:_____
                                                   Stephen Sonnie
                                                   Deputy Clerk
                                                   Phone:267-299-7074

Date:October 22, 2002

Copies:    Patricia Callahan, Courtroom Deputy to Judge Schiller
                Docket Clerk - Case File

        Counsel:    Edward B. McDaid, Esq.
                          Peggy B. Greenfeld, Esq.

ARB2.FRM