IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNA BELLE UNDERWOOD | : | |
| | : | |
| | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 02-CV-3027 |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, PRUCO LIFE INSURANCE COMPANY | : : : | |

O R D E R

**AND NOW, TO WIT:** This 23rd day of October, 2002, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**_____
Patricia A. Callahan
Deputy Clerk to
Hon. Berle M. Schiller

Civ 2 (7/95)
41(b).frm